```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
SUN-MING SHEU and                   :
MING-CHEN HSU                       :
                                    :
              Plaintiff,            :
                                    :
         -against-                  :   06 CV 2158 (AR)
                                    :
State of New York; Justice of NY    :   DECLARATION OF
State Unified Court, Chief          :   LISA GHARTEY
Administrative Judge Jonathan       :
Lippman in his official capacity    :
and Justice of the Supreme Court,   :
Queens County, Joseph G. Golia,     :
                                    :
              Defendants.           :
------------------------------------X
```

LISA GHARTEY declares pursuant to 28 U.S.C. § 1746:

1. I am an Assistant Attorney General in the office of ELIOT SPITZER, Attorney General of the State of New York, attorney for defendants, herein. I submit this declaration in support of defendants' motion to dismiss plaintiff's complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, and to provide the Court with copies of documents in support of that motion.

2. Annexed hereto as Exhibit A, please find a copy the September 15, 2005 decision in the underlying foreclosure and sale proceedings, <u>Centex Home Equity v. Cheng, et al.</u>, Queens County Index No. 31307/01.

3. Annexed hereto as Exhibit B, please find a copy of the March 15, 2006 decision underlying foreclosure and sale proceedings, <u>Centex Home Equity v. Cheng, et al.</u>, Queens County

Index No. 31307/01.

       4.   I declare under the penalties of perjury under the laws of the United States that the foregoing statements are true and correct.

                                            /S/
                                 _____
                                 LISA GHARTEY(LG-4601)

Executed June 12, 2006
New York, New York