UNITED STATE DISTRICT COURT
For the Eastern District of NY

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 15 2006 ★

BROOKLYN OFFICE

Sun-Ming Sheu
Ming-Chien Hsu                    Plaintiffs

REQUEST TO ENTER DEFAULT
06- CV—02158-ARR-LB

Vs
State of New York

Justice of NY State Unified Court, Chief Administration judge
Hon Jonathan Lippman in his official capacity

Justice of the Supreme Court of The State of NY,
Queens County,
Joseph G Golia
**individually and in his official capacity**
                                **Defendants**

## To: ROBERT C. HEINEMANN, CLERK
   **United State District Court**
   **Eastern District of New York**

Plese enter default of defendants,
1. State of New York.
2. Justice of NY State Unified Court, Chief Administration judge
   Jonathan Lippman.
3. Justice of the Supreme Court of The State of NY,
   Queens County, Joseph G Golia.

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedures for failure to plead or otherwise defend the above captioned action before answer due in 5/31/2006 and 6/1/2006.

Date: Brooklyn, NY
      6/15/2006

By _____

Sun-Ming Sheu
45-14 158St
Flushing, NY 11358
718-762-3619

UNITED STATE DISTRICT COURT
For the Eastern District of NY

Sun-Ming Sheu
Ming-Chien Hsu        Plaintiffs
                           Notation of Default
                           CV—02158-ARR-LB
            Vs
State of New York

Justice of NY State Unified Court,Chief Administration judge
Hon Jonathan Lippman in his official capacity

Justice of the Supreme Court of The State of NY,
Queens County,
Joseph G Golia
**individually and in his official capacity**
                    **Defendants**

---

      I, Robert C,Heinemann,Clerk of the United Of States District Court for the Eastern District of New York,do hereby certified that the defendants has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendants

1.State of New York.2. Justice of NY State Unified Court,Chief Administration judge Hon Jonathan Lippman y
3. Justice of the Supreme Court of The State of NY,
Queens County, Joseph G Golia
are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.
Date: Brooklyn,New York.
    6/15/20006

                        <u>ROBERT C. HEINEMANN</u>
                        Clerk of Court

                        By _____
                        Deputy Clerk

# UNITED STATE DISTRICT COURT
For the Eastern District of NY

Sun-Ming Sheu
Ming-Chien Hsu           Plaintiffs

                            Default Judgment
                            CV-2158-ARR-LB

      Vs
State of New York

Justice of NY State Unified Court, Chief Administration judge
Hon Jonathan Lippman in his official capacity

Justice of the Supreme Court of The State of NY,
Queens County,
Joseph G Golia
**individually and in his official capacity**
                      **Defendants**

      Pursuant to U.S. Code title 42§21,1981

## Statement of equal rights

All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws"

5/31/2006) and 5/12/2006 (answer due 6/1/2006) .Also, Proof of service has

entered in 5/17/2006 and said defendants having failed to plead or

Otherwise defend in this action on time and said default having been duly

Noted and upon the annexed declaration of default judgment.

2.  "No body is above the law", Defendants are professional in

Practice law daily and as NY State law enforcement personnel, Assistant

Attorney General, NY State judge, they clearly understand, they don't have

Authority or rights to violate Federal Rule of Civil Procedure, not to

Answer summon and complaint before due day better than anybody else.

Thus, Plaintiffs entitled to a judgment by default.

### Federal Rule of civil Procedure ,12. Defenses and Objections--When and How Presented--By Pleading or Motion--Motion for Judgment on the Pleadings

(a) When Presented.(1) Unless a different time is prescribed in a statute of the United States, a defendant shall serve an answer

**(A) within 20 days after being served with the summons and complaint, or (2) A party served with a pleading stating a cross-claim against that party shall serve an answer thereto within 20 days after being served. The plaintiff shall serve a reply to a counterclaim in the answer within 20 days after service of the answer, or, if a reply is ordered by the court, within 20 days after service of the order, unless the order otherwise directs.**

Now, on motion of Sun-Ming Sheu and Ming-Chien Hsu it is hereby

ORDER and ADJUDGE that

1. Commanding defendant Justice Golia

    Pursuant to US Code28 §455 to recuse himself.

2. Commanding defendant NY Unified court

    Chief Administration judge Pursuant to US Code 28§144 to assign the other judge and US code 28§38 to restore Plaintiffs's federal constitution right of jury trial.

3. Commanding defendant State of NY to

    Pursuant to US constitution to protect and restore Plaintiffs's constitution right of jury trial.

Dated: Brooklyn, New York
6/15/2006

By:_____
District Judge

## UNITED STATE DISTRICT COURT
For the Eastern District of NY

Sun-Ming Sheu
Ming-Chien Hsu          Plaintiffs

                        Affirmation in Support of
                        Default Judgment
                        Case No. CV---02158-ARR-LB

      Vs
State of New York

Justice of NY State Unified Court, Chief Administration judge
Hon Jonathan Lippman in his official capacity

Justice of the Supreme Court of The State of NY,
Queens County,
Joseph G Golia
**individually and in his official capacity**
                                  **Defendants**

## Under penalty of perjury: Sun-Ming Sheu and Ming-Chien Hsu hereby declares as follows:

**1.**      Plaintiffs Sun-Ming Sheu and Ming-Chien Hsu bring this action pursuant to U.S. Code title 42§21,1981 and **US Code 28 §455** and US code 28 § 144 **and US Code 28, Rule 38.**

**2.**      The time within which the defendants may answer or otherwise move with respect to the complaint herein has expired; said defendants have not answer or otherwise moved with to the complaint, and the time for defendants to do so have not been extended. **(A) within 20 days after being served with the summons and complaint, 12 a 1 A**

3.  Said defendants are not infants or incompetents, also not presently in the military service.

4.  <u>Said defendants are professional and practice in law daily as Assistant Attorney General or NY State judge and without any authority or rights to violate US Federal Rule of civil Procedure ,55(a) or 12 a 1 A</u>

5.  We declare under penalty of perjury that the foregoing is true and Accurate to the best of our knowledge,: that we were entitled to demand to enter default judgment as our claims in Summon and complaint.

Dated: Brooklyn, New York
6/15/2006

By: _____
Ming Chu Hsu sunny Sue attnq in fct.

By: _____
Sun-Ming Shu

| | | |
|---|---|---|
| | | Golia. (Tzou, Ilene) (Entered: 05/10/2006) |
| 05/09/2005 | | ** Non Prisoner ProSe Flag Set (Tzou, Ilene) (Entered: 05/10/2006) |
| 05/15/2005 | 2 | SUMMONS Returned Executed by Sun-Ming Sheu, Ming-Chien Hsu. State Of New York served on 5/11/2006, answer due 5/31/2006. (Latka-Mucha, Wieslawa) (Entered: 05/17/2006) |
| 05/15/2005 | 3 | SUMMONS Returned Executed by Sun-Ming Sheu, Ming-Chien Hsu. Jonathan Lippman served on 5/11/2006, answer due 5/31/2006. (Latka-Mucha, Wieslawa) (Entered: 05/17/2006) |
| 05/15/2006 | 4 | SUMMONS Returned Executed by Sun-Ming Sheu, Ming-Chien Hsu. Joseph G. Golia served on 5/12/2006, answer due 6/1/2006. (Latka-Mucha, Wieslawa) (Entered: 05/17/2006) |

NPROSE

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:06-cv-02158-ARR-LB
## Internal Use Only

Sheu et al v. State Of New York et al
Assigned to: Judge Allyne R. Ross
Referred to: Magistrate-Judge Lois Bloom
Related Case: 1:06-cv-02235-ARR-LB
Cause: 42:1981 Civil Rights

Date Filed: 05/09/2006
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

Sun-Ming Sheu                            represented by  Sun-Ming Sheu
                                                          45-14 158 Street
                                                          Flushing, NY 11358
                                                          US
                                                          718-762-3619
                                                          PRO SE

**Plaintiff**

Ming-Chien Hsu                           represented by  Ming-Chien Hsu
                                                          45-14 158 Street
                                                          Flushing, NY 11358
                                                          US
                                                          718-762-3619
                                                          PRO SE

V.

**Defendant**

State Of New York

**Defendant**

Honorable Jonathan Lippman
*Justice of NY State Unified Court, Chief Administration Judge, in his official capacity*

**Defendant**

Honorable Joseph G. Golia
*Justice of the Supreme Court of the State of NY, Queens County, individually and in his official capacity*

UNITED STATE DISTRICT COURT
For the Eastern District of NY

---

Sun-Ming Sheu
Ming-Chien Hsu                Plaintiffs

Default Judgment                         Affirmation of Service
                                         CV-02158-ARR-LB

          Vs
State of New York

Justice of NY State Unified Court, Chief Administration judge
Hon Jonathan Lippman in his official capacity

Justice of the Supreme Court of The State of NY,
Queens County,
Joseph G Golia
**individually and in his official capacity**
                    **Defendants**

---

I, Sun-Ming Sheu, declare under penalty of perjury that I have served a copy of the attached to Ms. Mbiabah L Gharley
          NY State office of Attorney General
          120 Broadway, 24 Floor
          NY, NY 10271
She represent all defendants, State of NY,
          Hon Jonathan Lippman,
          Hon Joseph Golia.

Date: 6/15/2006

Sun-Ming Sheu
45-14 158 Street
Flushing, NY 11358
718-762-5619